THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 3:17-CR-189 |
| | : | (RELATED CASE 3:19-cv-01065) |
| | : | (JUDGE MARIANI) |
| **HITESHKUMAR PATEL,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 24th DAY OF MAY, 2023,** for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review of Hiteshkumar Patel's Motion for Appointment of Counsel (Doc. 85) and his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 46) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Patel's Motion for Appointment of Counsel (Doc. 85) is **DENIED.**

2. Patel's remaining claim in his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 46), asserting ineffective assistance of counsel in connection with the entry of his guilty plea, is **DENIED.**

3. A certificate of appealability **SHALL NOT ISSUE.**

4. The Clerk of Court is directed to **CLOSE** civil action No. 3:19-cv-01065.

*[signature]*

Robert D. Mariani
United States District Judge